IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:03CR3021 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM AND ORDER |
| | ) | |
| RAYJEANNA J. HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Defendant's motion, (filing no. 66), is granted, and the court's prior order setting conditions of release, (text entry 63), is modified as follows:

   a. The defendant shall reside at Fresh Start and participate in the intensive out-patient drug treatment program at St. Monica's.

   b. The defendant shall fully participate in and comply with the St. Monica's drug treatment program, and shall at all times follow the rules of both St. Monica's and Fresh Start.

   c. If the defendant is discharged from Fresh Start for any reason, she will come to the federal building and turn herself in to the United States Marshal.

2) The defendant remains subject to, and must comply with, the conditions of supervised release imposed at the time of sentencing. See filing no. 33.


DATED this 9th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge