# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:03CR3021 |
| | ) | |
| RAYJEANNA J. HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 69, now set for April 20, 2010, at 12:00 p.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 23rd day of June, 2010, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated April 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge